```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ANDREW L. GRADMAN
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:11-mj-00272-SKO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE; ORDER |
| v. ) | |
| ) | To: |
| PATRICK S. TUTTLE, ) | DATE:    Thursday, June 7, 2012 |
| ) | TIME:    10:00 a.m. |
| Defendant. ) | COURT:   TBA |
| ) | |
| ) | [Class B Misdemeanor] |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Andrew L. Gradman, Counsel for Plaintiff, and John P. Ryan, Counsel for Defendant Patrick S. Tuttle, that the status conference currently set for Thursday, March 29, 2012, at 10:00 a.m., **may be continued to Thursday, June 7, 2012, at 10:00 a.m. before the duty Magistrate.**

This stipulation is proposed by both parties to allow for the personal presence of the defendant, who is currently serving in the Navy, or for the defendant to waive his personal presence. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and 3161(h)(7)(B)(I)

- 1 -    STIPULATION TO CONTINUE STATUS CONFERENCE
AND ORDER THEREON

and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: March 26, 2012           By:     /s/ Andrew L. Gradman
                                        ANDREW L. GRADMAN
                                        Special Assistant U.S. Attorney


Dated: March 26, 2012           By:     /s/ John P. Ryan
                                        JOHN P. RYAN
                                        Attorney For Defendant
```

IT IS SO ORDERED.

Dated:   **March 27, 2012**                    /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE