```
JOHN PATRICK RYAN   SBN: 174090
Attorney At Law
1809 West Main Street, Suite A
Visalia, CA 93291
Telephone:  559.799.7762
Telephone:  559.741.1283
Facsimile:   559.741.1183


Attorney for Defendant,
PATRICK TUTTLE
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:11-mi-00272-SKO |
| ) | |
| Plaintiff, ) | **AMMENDED** |
| ) | **STIPULATION TO CONTINUANCE OF** |
| vs. ) | **STATUS CONFERENCE: ORDER** |
| ) | |
| PATRICK TUTTLE , ) | |
| ) | |
| Defendant ) | [Class B Misdemeanor] |
| ) | |
| ) | |
| ) | |

**IT IS HEREBY STIPILATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Andrew L. Gradman, Counsel for Plaintiff, and John P. Ryan, Counsel for Defendant Patrick S. Tuttle, that the status conference currently set for Thursday, June 07, 2012 at 10 a.m., may be continued to Thursday, June 28th 2012 at 10 a.m**. before the duty Magistrate**.

This stipulation is proposed by both parties to allow for the personal appearance of the defendant, who is currently serving in the Navy, or for the defendant to waive his personal appearance.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and 3161 (h)(7)(B)(I) and (iv) because the ends of

Stipulation and Order

justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:   June 05, 2012       By:     **"/s/ John P. Ryan"**
                                     _____
                                     JOHN P. RYAN
                                     Attorney for Defendant

Dated:  June 05, 2012        By:     **'/S/Andrew Gradman"**
                                     _____
                                     ANDREW GRADMAN
                                     Special Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated:      June 6, 2012              /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE